IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>CARIBBEAN PETROLEUM, LP,<br>et al.,<br><br>      Debtors. | ) Chapter 11<br>) Bk. No. 01-11657(PJW)<br>) Jointy Administered<br>)<br>) |
| HERNAN SERRANO,<br><br>      Plaintiff,<br><br>    v.<br><br>UNIVERSAL CHEMICAL<br>CORPORATION,<br><br>      Defendant. | )<br>) Bk. Adv. No. 03-60026<br>)<br>)<br>) Civ. No. 04-427-SLR<br>)<br>)<br>)<br>)<br>) |

O R D E R

At Wilmington this 11th day of April, 2005,

IT IS ORDERED that an in-person status conference for all Caribbean Petroleum adversary proceedings[1] shall be held on **Friday, May 13, 2005, 8:30 a.m.** in courtroom 6B, 6th floor, Boggs Federal Building, 844 North King Street, Wilmington, Delaware. Plaintiff's counsel shall notice this status conference to all defendants who have not retained local counsel as of the date of this order.

                                                                     /s/ Sue L. Robinson
                                                  United States District Judge

---

[1] Cases include: 04-427, 04-428, 04-429, 04-430, 04-431, 04-432, 04-433, 04-434, 04-435, 04-436, 04-437, 04-438, 04-439, 04-440, 04-441, and 04-442-SLR.