IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE



| | |
|---|---|
| In re CARIBBEAN PETROLEUM LP, *et al.* | Bankruptcy Case No. 01-11657 (PJW) |
| HERNAN SERRANO, Trustee Of The Caribbean Petroleum Creditors' Trust, and on behalf of the estates of the above-captioned debtors, Caribbean Petroleum, *et al.*, as authorized representative,<br><br>　　　　　　　　Plaintiff,<br>　v.<br><br>UNIVERSAL CHEMICAL CORP.,<br><br>　　　　　　　　Defendant. | Civil Action No. 04-427 SLR |

### NOTICE AND STIPULATION OF
### VOLUNTARY DISMISSAL WITH PREJUDICE OF COMPLAINT

**PLEASE TAKE NOTICE** that, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, as made applicable hereto by Rule 7041 of the Federal Rules of Bankruptcy Procedure, plaintiff Hernan Serrano, Trustee Of The Caribbean Petroleum Creditors' Trust, and on behalf of the estates of the above-captioned debtors, Caribbean Petroleum, *et al.*, as authorized representative; and, defendant, Universal Chemical Corp., hereby stipulate to the voluntary dismissal with prejudice of the *Complaint* (Docket No. 1 in the United States Bankruptcy Court for the District of Delaware, Adversary Case No. 03-60007) (the "Complaint") in the above-captioned action.

13037-001\DOCS_DE:110706.1

The parties stipulate to the dismissal of the Complaint with prejudice because the parties therein have settled the dispute at issue, and each party shall bear its own costs and attorneys fees incurred in the proceeding.

Dated: August 17, 2005

PACHULSKI, STANG, ZIEHL, YOUNG,
JONES & WEINTRAUB P.C.

_____
Laura Davis Jones (Bar No. 2436)
Bruce Grohsgal (Bar No. 3583)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400

Andrew W. Caine (CA Bar No. 110345)
Steven J. Kahn (CA Bar No. 76933)
10100 Santa Monica Blvd., Suite 1100
Los Angeles, CA  90067
Telephone:  (310) 277-6910
Facsimile:  (310) 201-0760

Counsel for Plaintiff, Hernan Serrano, Trustee
of the Caribbean Petroleum Creditors' Trust

_____
Angel L. Rivera Colón, Esquire
U.S.D.C. P.R. No. 215607
PO Box 29706
San Juan PR 00929-0706
Telephone/ Facsimile: (787)762-5370

Counsel for Defendant, Universal
Chemical Corp.